IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| TREVIS GOULD | ) Criminal No. 07-72 |
| ROBERT CAIN | ) [21 U.S.C. 843(b), 843(d) |
| GEORGE MORRIS | ) and 846] |
| KEDRYN LAMAR CHAMBERS | ) |
| MILTON B. JOYNER | ) [UNDER SEAL] |
| DAVID MICHAEL IRWIN a/k/a D-Earl | ) |
| ANTHONY MABRY a/k/a Storm | ) |
| JAMES RUSS THRIFT | ) |
| MAURICE A. THOMAS | ) |

INDICTMENT

The grand jury charges that:

From in or around September 2004, the exact date unknown, to on or about April 25, 2005, in the Western District of Pennsylvania, the defendants, TREVIS GOULD, ROBERT CAIN, GEORGE MORRIS, KEDRYN LAMAR CHAMBERS, MILTON B. JOYNER, DAVID MICHAEL IRWIN a/k/a D-Earl, ANTHONY MABRY a/k/a Storm, JAMES RUSS THRIFT and MAURICE A. THOMAS, did knowingly, intentionally and unlawfully conspire with each other and with persons known and unknown to the grand jury to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectible amount of cocaine, a Schedule II Controlled Substance and 1 kilogram or more of a mixture and substance containing a detectible amount of heroin, a Schedule I Controlled Substance, as prohibited by Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(A)(i) and (ii).

In violation of Title 21, United States Code, Section 846.

COUNTS TWO THROUGH SIXTY-THREE

The grand jury further charges that:

On or about the dates set forth below, in the Western District of Pennsylvania, the defendants listed below, did knowingly, intentionally and unlawfully use a communication facility; that is a telephone, in committing, causing and facilitating the commission of the crime of conspiracy, as charged in Count One of the Indictment herein; a felony under the provisions of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(i) and (ii).

| COUNT | DEFENDANT | DATE OF CALL | TIME OF CALL |
| --- | --- | --- | --- |
| 2 | TREVIS GOULD | 4/1/05 | 3:26 p.m. |
| 3 | ROBERT CAIN | 4/1/05 | 3:27 p.m. |
| 4 | TREVIS GOULD | 4/1/05 | 4:34 p.m. |
| 5 | TREVIS GOULD | 4/1/05 | 5:23 p.m. |
| 6 | ROBERT CAIN | 4/2/05 | 1:08 p.m. |
| 7 | GEORGE MORRIS | 4/3/05 | 3:11 p.m. |
| 8 | GEORGE MORRIS | 4/4/05 | 1:03 p.m. |
| 9 | KEDRYN LAMAR CHAMBERS | 4/4/05 | 1:11 p.m. |
| 10 | KEDRYN LAMAR CHAMBERS | 4/4/05 | 3:28 p.m. |
| 11 | KEDRYN LAMAR CHAMBERS | 4/4/05 | 5:10 p.m. |
| 12 | ROBERT CAIN | 4/5/05 | 11:29 a.m. |
| 13 | TREVIS COULD | 4/5/05 | 4:59 p.m. |
| 14 | TREVIS GOULD | 4/5/05 | 5:31 p.m. |
| 15 | KEDRYN LAMAR CHAMBERS | 4/5/05 | 7:27 p.m. |

| COUNT | DEFENDANT | DATE OF CALL | TIME OF CALL |
|---|---|---|---|
| 16 | KEDRYN LAMAR CHAMBERS | 4/5/05 | 9:42 p.m. |
| 17 | TREVIS GOULD | 4/5/05 | 10:18 p.m. |
| 18 | TREVIS GOULD | 4/6/05 | 9:57 p.m. |
| 19 | TREVIS GOULD | 4/6/05 | 11:24 p.m. |
| 20 | ROBERT CAIN | 4/8/05 | 10:25 a.m. |
| 21 | TREVIS GOULD | 4/8/05 | 2:09 p.m. |
| 22 | TREVIS GOULD | 4/9/05 | 4:35 p.m. |
| 23 | KEDRYN LAMAR CHAMBERS | 4/10/05 | 7:06 p.m. |
| 24 | MILTON B. JOYNER | 4/12/05 | 12:40 p.m. |
| 25 | DAVID MICHAEL IRWIN a/k/a D-Earl | 4/13/05 | 2:00 p.m. |
| 26 | ANTHONY MABRY a/k/a Smoke | 4/13/05 | 10:42 p.m. |
| 27 | DAVID MICHAEL IRWIN a/k/a D-Earl | 4/14/05 | 4:59 p.m. |
| 28 | MAURICE A. THOMAS | 4/14/05 | 8:24 p.m. |
| 29 | MAURICE A. THOMAS | 4/14/05 | 9:41 p.m. |
| 30 | MAURICE A. THOMAS | 4/14/05 | 11:20 p.m. |
| 31 | GEORGE MORRIS | 4/15/05 | 1:20 p.m. |
| 32 | ANTHONY MABRY a/k/a Storm | 4/15/05 | 1:21 p.m. |
| 33 | KEDRYN LAMAR CHAMBERS | 4/15/05 | 1:37 p.m. |
| 34 | MAURICE A. THOMAS | 4/15/05 | 2:01 p.m. |
| 35 | KEDRYN LAMAR CHAMBERS | 4/15/05 | 2:49 p.m. |
| 36 | KEDRYN LAMAR CHAMBERS | 4/15/05 | 2:50 p.m. |
| 37 | ANTHONY MABRY a/k/a Storm | 4/15/05 | 3:16 p.m. |

| COUNT | DEFENDANT | DATE OF CALL | TIME OF CALL |
|---|---|---|---|
| 38 | ANTHONY MABRY | 4/15/05 | 4:04 p.m. |
| 39 | KEDRYN LAMAR CHAMBERS | 4/15/05 | 4:16 p.m. |
| 40 | KEDRYN LAMAR CHAMBERS | 4/15/05 | 6:03 p.m. |
| 41 | KEDRYN LAMAR CHAMBERS | 4/15/05 | 6:41 p.m. |
| 42 | GEORGE MORRIS | 4/16/05 | 3:47 p.m. |
| 43 | MILTON B. JOYNER | 4/19/05 | 1:26 p.m. |
| 44 | MILTON B. JOYNER | 4/19/05 | 3:27 p.m. |
| 45 | MILTON B. JOYNER | 4/19/05 | 3:52 p.m. |
| 46 | MILTON B. JOYNER | 4/21/05 | 11:57 a.m. |
| 47 | MILTON B. JOYNER | 4/21/05 | 12:01 p.m. |
| 48 | MILTON B. JOYNER | 4/21/05 | 12:16 p.m. |
| 49 | TREVIS GOULD | 4/21/05 | 9:03 p.m. |
| 50 | JAMES RUSS THRIFT | 4/22/05 | 5:36 p.m. |
| 51 | DAVID MICHAEL IRWIN a/k/a D-Earl | 4/22/05 | 7:19 p.m. |
| 52 | DAVID MICAHEL IRWIN a/k/a D-Earl | 4/22/05 | 11:23 p.m. |
| 53 | JAMES RUSS THRIFT | 4/23/05 | 10:54 a.m. |
| 54 | JAMES RUSS THRIFT | 4/23/05 | 1:19 p.m. |
| 55 | JAMES RUSS THRIFT | 4/23/05 | 3:14 p.m. |
| 56 | JAMES RUSS THRIFT | 4/23/05 | 3:37 p.m. |
| 57 | KEDRYN LAMAR CHAMBERS | 4/23/05 | 8:00 p.m. |
| 58 | MILTON B. JOYNER | 4/23/05 | 9:29 p.m. |
| 59 | MILTON B. JOYNER | 4/23/05 | 10:01 p.m. |
| 60 | KEDRYN LAMAR CHAMBERS | 4/24/05 | 6:02 p.m. |

| COUNT | DEFENDANT | DATE OF CALL | TIME OF CALL |
|-------|-----------|--------------|--------------|
| 61 | KEDRYN LAMAR CHAMBERS | 4/24/05 | 6:31 p.m. |
| 62 | KEDRYN LAMAR CHAMBERS | 4/25/05 | 10:10 a.m. |
| 63 | KEDRYN LAMAR CHAMBERS | 4/25/05 | 12:32 p.m. |

In violation of Title 21, United States Code, Sections 843(b) and 843(d).

A true bill

_____
Foreperson

*Mary Beth Buchanan* (signature)
MARY BETH BUCHANAN
UNITED STATES ATTORNEY
PA ID NO. 50254