IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 07-72 |
| )                        | [UNDER SEAL] |
| TREVIS GOULD            ) | |
| ROBERT CAIN             ) | |
| GEORGE MORRIS           ) | |
| KEDRYN LAMAR CHAMBERS   ) | |
| MILTON B. JOYNER        ) | |
| DAVID MICHAEL IRWIN a/k/a D-Earl ) | |
| ANTHONY MABRY a/k/a Storm ) | |
| JAMES RUSS THRIFT       ) | |
| MAURICE A. THOMAS       ) | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Constance M. Bowden, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendants Trevis Gould, Robert Cain, George Morris, Kedryn Lamar Chambers, Milton B. Joyner, David Michael Irwin a/k/a D-Earl, Anthony Mabry a/k/a Storm, James Russ Thrift and Maurice A. Thomas, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance and 1 kilogram or more of a mixture and substance

containing a detectible amount of heroin, a Schedule I controlled substance (Count 1) and Using the telephone to facilitate the conspiracy charged at Count 1, in violation of Title 21 United States Code, Sections 846 and 843(b) and 843(d)(Counts 2-63). Recommended bond: George Morris and James Russ Thrift: $100,000 appearance bond; Trevis Gould, Robert Cain, Kedryn Lamar Chambers, Milton B. Joyner, David Michael Irwin a/k/a D-Earl, Anthony Mabry a/k/a Storm, Maurice A. Thomas: Detention requested.

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney

By: _____
    CONSTANCE M. BOWDEN
    Assistant U.S. Attorney
    PA ID No. 37866